PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 11, 2022

SEAN F. McAVOY, CLERK

## United States District Court

### Eastern District of Washington

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| **vs** | ) |
| | ) |
| **Terri L. Jackson** | )    Case No. 2:22CR00133-TOR-11 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Terri L. Jackson, have discussed with Melissa Hanson, Pretrial Services/Probation Officer, modification of my release as follows:

On October 4, 2022, Terri Jackson reported to the United States Probation Office for the purposes of a pretrial supervision intake. During this process, Ms. Jackson disclosed that she believed she consumes alcohol as a coping mechanism and had also consumed methamphetamine approximately 1 week prior. She discussed the loss of her father in 2020. Ms. Jackson was emotional about the loss of her father and the circumstances surrounding his death. She agreed she could benefit from counseling that included addressing grief. Given her admittance to the use of alcohol and methamphetamine, it would appear appropriate to include a condition for substance abuse treatment if mental health counseling proves to not be sufficient.

Modified Special Conditions:

4. Defendant shall submit to a mental health evaluation and undergo any recommended treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial services office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

5. Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial services office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

6. Defendant shall refrain for use or unlawful possession of a narcotic drug or other controlled substance, unless prescribed by a licensed medical practitioner in conformance with Federal law. The defendant must submit to testing for a prohibited substance. Testing may be used with random frequency and may include urine testing, sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 10-4-22    _____ 10/4/22
Signature of Defendant          Date        Pretrial Services/Probation Officer    Date

Terri L. Jackson                             Melissa Hanson

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____    10/4/22
Signature of Defense Counsel        Date

Greg Lockwood

[X]    The above modification of conditions of release is ordered, to be effective on  10/11/22 .

[ ]    The above modification of conditions of release is <u>not</u> ordered.

_____    10/11/22
Signature of Judicial Officer         Date

James A. Goeke, U.S. Magistrate Judge