# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 02, 2022**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Jackson, Terri L. | Docket No. | 0980 2:22CR00133-TOR-11 |

### Petition for Action on Conditions of Pretrial Release

       COMES NOW Melissa Hanson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Terri L Jackson, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the Court at Spokane, Washington, on the 29th day of September 2022 under the following conditions:

**Standard Condition #8:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance of Federal law. Defendant may not use or possess marijuana, regardless if Defendant has been authorized medical marijuana under state law.

Ms. Jackson had agreed to a modification to her release condition to have the additional conditions added to allow for substance abuse testing, mental health services as well as substance abuse treatment services. On October 11, 2022, the Court concurred with the modification as recommended.

**Special Condition # 6 :** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substance, unless prescribed by a licensed medical practitioner in conformance of Federal law. The defendant must submit to testing for a prohibited substance. Testing may be used with random frequency and may include urine testing, sweat patch testing, as directed by the supervising officer, but no more than 6 test per month, in order to confirm continued abstinence from these substances.

       RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 4, 2022, the conditions of pretrial release supervision were reviewed with Terri Jackson. She acknowledged an understanding of her conditions, which included the above-noted standard condition number 8.

Ms. Jackson had agreed to a modification to her release condition to have the additional conditions added to allow for substance abuse testing, mental health services as well as substance abuse treatment services. On October 11, 2022, the Court concurred with the modification as recommended.

**Violation #1:** It is alleged that Terri Jackson violated the terms of her pretrial release by consuming a controlled substance, methamphetamine, on or about October 19, 2022.

**Violation #2:** It is a alleged that Terri Jackson violated the terms of her pretrial release by consuming a controlled substance, marijuana, on or about October 19, 2022.

**Supporting Evidence:** On October 19, 2022, Terri Jackson reported to Pioneer Human Services (PHS) for the purpose of a random urinalysis. The sample was presumptive positive for methamphetamine and marijuana.

Ms. Jackson contacted the undersigned officer and advised she had consumed methamphetamine that day and advised she was "an emotional wreck" after completing a mental health evaluation.

Ms. Jackson advised she had consumed marijuana prior to her arrest and believes the positive marijuana result is residual. However, she submitted to testing on October 17, 2022, and those results were negative for controlled substances.

**Violation #3:** It is alleged that Terri Jackson violated the terms of her pretrial release by failing to submit to a urinalysis, on or about October 28, 2022.

**Supporting Evidence:** On October 12, 2022, Terri Jackson was referred to Pioneer Human Services (PHS) for random drug testing. She is expected to call the testing line daily to determine if she needs to report to PHS that same day for drug testing.

On October 28, 2022, she was expected to submit to a urinalysis at PHS. Ms. Jackson reported to PHS but failed to submit to testing. When questioned by the undersigned about this, she indicated she lost her phone and chose to leave PHS without submitting to testing in order to look for her phone.

**Violation #4:** It is a alleged that Terri Jackson violated the terms of her pretrial release by consuming a controlled substance, methamphetamine, on or about October 25 and 27, 2022.

**Supporting Evidence:** On October 25, 2022, Ms. Jackson reported and submitted to a urinalysis which was presumptive positive for amphetamine, methamphetamine and marijuana. She denied any additional use since October 19, 2022. The sample was sent to the lab for additional testing. A lab report confirmed a positive presence for marijuana, amphetamine and methamphetamine. The marijuana result is likely residual from her last use of marijuana around October 19, 2022.

On November 1, 2022, Ms. Jackson reported to the probation office as a result of her failure to submit to a urinalysis on October 28, 2022. She submitted to a urinalysis and was presumptive positive for methamphetamine. She admitted to methamphetamine use on or about October 25 and 27, 2022, and signed a drug use admission form.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:    November 1, 2022 |
| by | s/Melissa Hanson |
|  | Melissa Hanson<br>U.S. Pretrial Services Officer |

PS-8

Re: Jackson,, Terri L
November 1, 2022
Page 3

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

11/2/2022
_____
Date