✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 08, 2022

SEAN F. McAVOY, CLERK

U.S.A. vs.                    Jackson, Terri L                    Docket No.        0980 2:22CR00133-TOR-11

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Melissa Hanson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Terri L Jackson, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Spokane, Washington, on the 28th day of September 2022 under the following conditions:

**Standard Condition #8:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance of Federal law. Defendant may not use or possess marijuana, regardless if Defendant has been authorized medical marijuana under state law.

Ms. Jackson agreed to a modification to her release conditions to have the additional conditions added to allow for substance abuse testing, mental health services and substance abuse treatment services.  On October 11, 2022, the Court concurred with the modification as recommended.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 4, 2022, the conditions of pretrial release supervision were reviewed with Terri Jackson.  She acknowledged an understanding of her conditions, which included the above-noted standard condition number 8.

Ms. Jackson agreed to a modification to her release conditions to have the additional conditions added to allow for substance abuse testing, mental health services and substance abuse treatment services.  On October 11, 2022, the Court concurred with the modification as recommended.

**Violation #1:**  It is alleged that Terri Jackson violated the terms of her pretrial release by consuming a controlled substance, methamphetamine, on or about December 6, 2022.

**Supporting Evidence:**  On December 7, 2022, Terri Jackson reported to Pioneer Human Services (PHS) for the purpose of completing an admit appointment in order to begin intensive outpatient (IOP) treatment services.   As a part of this process, she was required to submit to a urinalysis.   PHS staff contacted the undersigned officer with concerns that Ms. Jackson may be using a device to circumvent drug testing.  The undersigned officer responded to PHS.  Ms. Jackson had already admitted to PHS staff that she consumed methamphetamine on December 6, 2022.

Ms. Jackson was questioned about having a device, which she denied.  She eventually submitted to another urinalysis with the undersigned, which tested presumptive positive for methamphetamine.  She signed a drug use admission form indicating methamphetamine use on December 6, 2022.

**PS-8**

**Re: Jackson,, Terri L**
**December 8, 2022**
**Page 2**

PRAYING THAT THE COURT WILL ORDER A SUMMONS

---

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    December 8, 2022

by    s/Melissa Hanson

Melissa Hanson
U.S. Pretrial Services Officer

---

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

12/8/22

Date