UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 23, 2023**

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Jackson, Terri L | Docket No. | 0980 2:22CR00133-TOR-11 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Melissa Hanson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Terri L Jackson, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the Court at Spokane, Washington, on the 29th day of September 2022 under the following conditions:

**Standard Condition #8**  Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

Ms. Jackson agreed to a modification to her release conditions to have the additional conditions added to allow for substance abuse testing, mental health services and substance abuse treatment services. On October 11, 2022, the Court concurred with the modification as recommended.

**Special Condition #5:**  Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial services office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 4, 2022, the conditions of pretrial release supervision were reviewed with Terri Jackson. She acknowledged an understanding of her conditions, which included the above-noted standard condition number 8.

Ms. Jackson agreed to a modification to her release conditions to have the additional conditions added to allow for substance abuse testing, mental health services and substance abuse treatment services. On October 11, 2022, the Court concurred with the modification as recommended.

**Violation #1:**   It is alleged that Terri Jackson violated the terms of her pretrial release by consuming a controlled substance, methamphetamine, on or about February 12, 2023.

**Supporting Evidence:** On February 13, 2023, Terri Jackson reported to the United States Probation Office. She submitted to a urinalysis which was presumptive positive for methamphetamine. She admitted to using methamphetamine on February 12, 2023, and signed a drug use admission form.

**Violation #2:** It is alleged that Terri Jackson violated the terms of her pretrial release by consuming a controlled substance, methamphetamine, on or about February 21, 2023.

**Supporting Evidence:** On February 22, 2023, Terri Jackson reported to the United States Probation Office. She submitted to a urinalysis which was presumptive positive for methamphetamine. She admitted to using methamphetamine on February 21, 2023, and signed a drug use admission form.

Re: Jackson,, Terri L
February 22, 2023
Page 2

It should also be noted that on February 15, 2023, she reported to Pioneer Human Services to submit to a random urinalysis. However, she was unable to provide a sample. On February 21, 2023, she reported to the United States Probation Office, and was notified that she would be required to submit to testing this date. However, she was unable to provide an adequate amount of urine for testing purposes. At that point it was approximately 4:50 p.m., so she was directed to report to PHS that same day for testing, as their testing hours exceeded the business hours of the USPO.

On February 21, 2023, Ms. Jackson reported to PHS for a urinalysis. She tested presumptive positive for methamphetamine, and denied use since her reported use on February 12, 2023. Ms. Jackson advised she then chose to use methamphetamine, as alleged in violation number 2.

**Violation #3**: It is alleged that Terri Jackson violated the terms of her pretrial release by failing to attend substance abuse treatment, on or about January 27, and 31 and February 3, 7, 8, 10, and 15, 2023.

On January 11, 2023, Terri Jackson completed an admit appointment with Pioneer Human Services (PHS). She was enrolled in intensive outpatient substance abuse treatment and was scheduled to attend group sessions 3 days per week, beginning January 13, 2023. However, she was reportedly feeling ill on January 13, 2023. She attended her first group session on January 17, 2023.

PHS reported that Ms. Jackson failed to attend group sessions on January 27, and 31 and February 3, 7, 8, 10, and 15, 2023.

She was also expected to attend an individual session with her substance abuse counselor on January 31, 2023, but failed to do so.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: February 22, 2023 |
| by | s/Melissa Hanson |
|  | Melissa Hanson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS
[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_Signature of Judicial Officer_

2/23/2023
Date