UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 09, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Jackson, Terri L | Docket No. | 0980 2:22CR00133-TOR-11 |

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW  Melissa Hanson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Terri L Jackson, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Spokane, Washington, on the 29th day of September 2022 under the following conditions:

**Standard Condition #8**  Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

Ms. Jackson agreed to a modification of her release conditions to have the additional conditions added to allow for substance abuse testing, mental health services and substance abuse treatment services. On October 11, 2022, the Court concurred with the modification as recommended.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

On October 4, 2022, the conditions of pretrial release supervision were reviewed with Terri Jackson.  She acknowledged an understanding of her conditions, which included the above-noted standard condition number 8.

Ms. Jackson agreed to a modification to her release conditions to have the additional conditions added to allow for substance abuse testing, mental health services and substance abuse treatment services. On October 11, 2022, the Court concurred with the modification as recommended.

**Violation #4:**    It is alleged that Terri Jackson violated the terms of her pretrial release by consuming a controlled substance, methamphetamine, on or about February 23, 2023.

**Supporting Evidence:**   On February 24, 2023, Terri Jackson reported to Pioneer Human Services (PHS) to submit to a random urinalysis.   She submitted to a urinalysis which was presumptive positive for methamphetamine.  She admitted to using methamphetamine on February 23, 2023, and signed a drug use admission form.  A lab report was received which also confirmed a positive presence for methamphetamine.

**Violation #5:**   It is alleged that Terri Jackson violated the terms of her pretrial release by consuming a controlled substance, methamphetamine, on or about March 1, 2023.

**Supporting Evidence:**   On March 1, 2023, Terri Jackson reported to the United States Probation Office.   She submitted to a urinalysis which was presumptive positive for methamphetamine.  She denied use and the sample was sent to the lab for additional testing.  A lab report was received and confirmed a positive presence for methamphetamine.

PS-8
Re: Jackson,, Terri L
March 9, 2023
Page 2

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:   March 9, 2023 |
| by | s/Melissa Hanson |
|  | Melissa Hanson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

3/9/23
Date