PROB 12C
(6/16)

Report Date: February 8, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 08, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Terri L Jackson | Case Number: 0980 2:22CR00133-TOR-11 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓, Spokane, Washington 99205 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: June 29, 2023 | |
| Original Offense: Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1349 and 1344 | |
| Original Sentence: Prison - 65 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Earl Hicks | Date Supervision Commenced: June 29, 2023 |
| Defense Attorney: John Lockwood | Date Supervision Expires: June 28, 2026 |

## PETITIONING THE COURT

To issue a warrant.

On June 30, 2023, a supervision intake was completed and Ms. Jackson's judgment was reviewed with her. She signed a copy acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 11**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these subtances. |
| | **Supporting Evidence**: It is alleged that Terri Jackson violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about December 21, 2023. |
| | On December 26, 2023, Terri Jackson reported to Pioneer Human Services (PHS) for the purposes of random drug testing. Ms. Jackson tested presumptive positive for methamphetamine. She signed a drug use admission form admitting to using methamphetamine on or about December 21, 2023. A lab report was later received and also confirmed a positive presence for methamphetamine. |

Prob12C
**Re: Jackson, Terri L**
**February 8, 2024**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Special Condition # 11**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these subtances. |

**Supporting Evidence**: It is alleged that Terri Jackson violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about January 25, 2024.

On January 25, 2024, at approximately 7:30 a.m., Terri Jackson reported to PHS for the purposes of random drug testing. The sample at PHS tested negative for illicit substances. She then reported to the probation office at approximately 8 a.m. as required. Ms. Jackson eventually submitted to testing at the probation office which was presumptive positive for methamphetamine. Ms. Jackson was questioned as to whether she took steps to circumvent testing at PHS to which she denied and reported that she used methamphetamine on her way to the probation office. She signed a drug use admission form admitting to using methamphetamine on January 25, 2024.

| | | |
|---|---|---|
| 3 | | **Special Condition # 11**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these subtances. |

**Supporting Evidence**: It is alleged that Terri Jackson violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about January 30, 2024.

On January 30, 2024, Terri Jackson reported to the probation office. She submitted to a urinalysis, which tested presumptive for methamphetamine. Ms. Jackson denied use since January 25, 2024. The sample was sent to the lab for additional testing and a lab report was received noting a positive presence for methamphetamine.

| | | |
|---|---|---|
| 4 | | **Special Condition # 11**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these subtances. |

**Supporting Evidence**: It is alleged that Terri Jackson violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about February 4, 2024.

On February 6, 2024, Terri Jackson reported to the probation office. She advised the probation officer that she would be positive for methamphetamine. She signed a drug use admission form admitting to using methamphetamine on February 4, 2024.

Prob12C
Re: Jackson, Terri L
February 8, 2024
Page 3

| | | |
|---|---|---|
| 5 | | **Special Condition # 9**: You must undergo a substance abuse evaluations and, if indicated by a licensed/certified treatment provider, enter into and successfully complete approved substance abuse treatment programs, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: It is alleged that Terri Jackson violated the terms of her supervised release by failing to attend substance abuse treatment, on or about December 19, 2023.

Terri Jackson is enrolled in outpatient treatment services with PHS. She is expected to attend weekly group sessions on Tuesdays. On December 19, 2023, PHS reported that Ms. Jackson failed to attend her scheduled group session.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/08/2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

February 8, 2024
Date