PROB 12C
(6/16)

Report Date: February 22, 2024

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 22, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Terri L. Jackson | Case Number: 0980 2:22CR00133-TOR-11 |
| Address of Offender: 5011 North Adams Street, Spokane, Washington 99205 | |
| Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: June 29, 2023 | |
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1349 and 1344 |
| Original Sentence: Prison - 65 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Earl Hicks | Date Supervision Commenced: June 29, 2023 |
| Defense Attorney: Colin Prince | Date Supervision Expires: June 28, 2026 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 2/8/2024.

On June 30, 2023, a supervision intake was completed and Ms. Jackson's judgment was reviewed with her.  She signed a copy acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #11** : You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Terri Jackson violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about February 13, 2024. |
| | Specifically, on February 13, 2024, Ms. Jackson submitted a urine specimen at Pioneer Human Services that yielded initial positive findings for methamphetamine. She denied any recent use and claimed that her last consumption of methamphetamine occurred on February 4, 2024. On February 19, 2024, confirmation from the national testing lab was received confirming Terri Jackson's ua submitted on February 13, 2024, was positive for amphetamine and methamphetamine. |

Prob12C
**Re: Jackson, Terri L**
**February 22, 2024**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/22/2024

s/Richard Law

Richard Law
Supervisory U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge

February 22, 2024
Date