PROB 12C
(6/16)

Report Date: May 3, 2024

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 03, 2024**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Terri L. Jackson | Case Number: 0980 2:22CR00133-TOR-11 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮, Spokane, Washington 99201 | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 29, 2023

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1349 and 1344 | |
| Original Sentence: | Prison - 65 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: June 29, 2023 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: June 28, 2026 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/08/2024 and 02/22/2024.

On June 30, 2023, a supervision intake was completed and Ms. Jackson's judgment was reviewed with her. She signed a copy of her judgment, acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: It is alleged that Terri Jackson violated the terms of her supervised release by failing to report as directed, on or about April 15, 2024.<br><br>On April 5, 2024, during a telephone conversation with Ms. Jackson, who was in inpatient treatment at the time, she was directed to report at 10 a.m., on April 15, 2024.<br><br>On April 12, 2024, Ms. Jackson successfully discharged from inpatient treatment. She left the undersigned a voice message that same day advising she made it to the Oxford House and would see the undersigned on April 15, 2024. |

Prob12C
Re: Jackson, Terri L.
May 3, 2024
Page 2

        On April 15, 2024, the undersigned attempted to contact Ms. Jackson by telephone at approximately 10:45 a.m., as she had not yet reported. These efforts were unsuccessful. On April 16, 2024, the undersigned spoke to Ms. Jackson who claimed she did not know she was supposed to report on April 15, 2024.

8      **Special Condition #10**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

        **Supporting Evidence**: It is alleged that Terri Jackson violated the terms of her supervised release by consuming alcohol, on or about April 14, 2024.

        On April 16, 2024, Ms. Jackson reported to the U.S. Probation Office. At that time, she advised that she had returned to the Oxford House a little late on April 14, 2024. Upon her return, the Oxford House required drug and alcohol testing. She advised she was positive for alcohol and ultimately admitted to consuming alcohol on April 14, 2024, and signed a drug use admission form. As a result, she was terminated from the Oxford House.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 3, 2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.

The Court will address all pending supervised release violations at the Revocation Hearing set for 5/30/2024.

Thomas O. Rice
United States District Judge
May 3, 2024
Date